IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| ZELLA MAE GREEN, | § | CASE NO. 04-60083-mhm |
| | § | |
| | § | JUDGE MURPHY |
| Debtor. | § | |
| | § | |
| ZELLA MAE GREEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | ADVERSARY PROCEEDING |
| vs. | § | |
| | § | NO. 06-06048 |
| LITTON LOAN SERVICING, L.P.; | § | |
| CITIGROUP GLOBAL MARKETS | § | |
| REALTY CORP., a subsidiary of | § | |
| CITIGROUP GLOBAL MARKETS, | § | |
| INC. f/k/a SALOMON BROTHERS | § | |
| REALTY CORP.; WELLS FARGO | § | |
| BANK, N.A. d/b/a AMERICA'S | § | |
| SERVICING COMPANY; and | § | |
| WELLS FARGO HOME | § | |
| MORTGAGE, INC., a subsidiary of | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## CERTIFICATE PURSUANT TO LOCAL RULE 7026-3(a)

COMES NOW, WELLS FARGO BANK, N.A., successor by merger to WELLS FARGO HOME MORTGAGE, INC. and d/b/a AMERICA'S SERVICING COMPANY, one of the named Defendants in the above-captioned adversary proceeding, by and through its undersigned counsel, and pursuant to Local Rule 7026-3(a) of the United States Bankruptcy

Court for the Northern District of Georgia, hereby informs the Court that the following document has been served on the Debtor/Plaintiff, Zella Mae Green, as part of the original discovery in this case: Wells Fargo Bank, N.A.'s Second Supplemental Response to Plaintiff's First Continuing Interrogatories and to Plaintiff's First Notice to Produce to Defendant Wells Fargo Bank, N.A. s/b/m Wells Fargo Home Mortgage, Inc. and d/b/a America's Servicing Company.

The undersigned attorney states that the foregoing discovery document was served upon the Debtor/Plaintiff, Zella Mae Green, through her attorney of record, and upon all other parties in interest, through their respective counsel of record (or the parties themselves if not represented by counsel), by placing a true and correct copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

Howard D. Rothbloom, Esq., 31 Atlanta Street, Suite 303, Marietta, Georgia 30060;

Kyle S. Kotake, Esq., c/o Morris, Schneider & Prior, LLC, 1587 Northeast Expressway, Atlanta, Georgia 30329; and

Adam M. Goodman, Esq., Chapter 13 Trustee, Suite 200, 260 Peachtree Street, Atlanta, Georgia 30303

on the 10th day of May, 2006.

Respectfully submitted,

_____
SARA K. CAPPS
(Georgia Bar No. 141568)
ATTORNEY FOR DEFENDANT
WELLS FARGO BANK, N.A.

McCALLA RAYMER, LLC
Litigation Department
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-7200 (Telephone)
(770) 643-7242 (Local Facsimile)
Email: sara.capps@mccallaraymer.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| ZELLA MAE GREEN, | § | CASE NO. 04-60083-mhm |
| | § | |
| | § | JUDGE MURPHY |
| Debtor. | § | |
| | § | |
| ZELLA MAE GREEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | ADVERSARY PROCEEDING |
| vs. | § | |
| | § | NO. 06-06048 |
| LITTON LOAN SERVICING, L.P.; CITIGROUP GLOBAL MARKETS REALTY CORP., a subsidiary of CITIGROUP GLOBAL MARKETS, INC. f/k/a SALOMON BROTHERS REALTY CORP.; WELLS FARGO BANK, N.A. d/b/a AMERICA'S SERVICING COMPANY; and WELLS FARGO HOME MORTGAGE, INC., a subsidiary of WELLS FARGO BANK, N.A., | § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

This is to certify that, in accordance with BLR 5005-5 and 7026-3(a) (Bankr. N.D. Ga.), I have this 10th day of May, 2006, electronically filed the within and foregoing *Certification Pursuant to Local Rule 7026-3(a)* with the Clerk of Court using the CM/ECF

4

system in this adversary proceeding and, further, that I have served counsel of record for all other parties (or the parties themselves if not represented by counsel) in this matter with a copy of this pleading by placing a true and correct copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

>Howard D. Rothbloom, Esq.
>ATTORNEY AT LAW
>31 Atlanta Street, Suite 303
>Marietta, Georgia 30060
>
>Kyle S. Kotake, Esq.
>MORRIS, SCHNEIDER & PRIOR, L.L.C.
>1587 Northeast Expressway
>Atlanta, Georgia 30329
>
>Adam M. Goodman, Esq.
>CHAPTER 13 TRUSTEE
>Suite 200
>260 Peachtree Street
>Atlanta, Georgia 30303

_____
SARA K. CAPPS
(Georgia Bar No. 141568)
ATTORNEY FOR DEFENDANT
WELLS FARGO BANK, N.A.

McCALLA RAYMER, LLC
Litigation Department
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-7200 (Telephone)
(770) 643-7242 (Local Facsimile)
Email: sara.capps@mccallaraymer.com