ENTERED ON

FEB 13 2009

DOCKET

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ZELLA MAE GREEN | ) | CASE NO. 04-60083-MHM |
| | ) | |
| Debtor | ) | |
| | ) | |
| ZELLA MAE GREEN | ) | ADVERSARY PROCEEDING |
| | ) | NO. 06-6048-MHM |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| LITTON LOAN SERVICING, L.P. | ) | |
| WELLS FARGO BANK, N.A. | ) | |
| WELLS FARGO HOME MORTGAGE, INC., | ) | |
| a subsidiary of Wells Fargo Bank, | ) | |
| N.A. | ) | |
| | ) | |
| Defendants | ) | |

ORDER AND NOTICE OF STATUS CONFERENCE

**NOTICE IS** HEREBY GIVEN that a status conference on complaint to determine validity, priority or extend of liens will be held March 2, 2009 at 2:00 p. m. in Chambers, 1290 U. S. Courthouse, 75 Spring Street, S. W., Atlanta, Georgia.

This 13th day of February, 2009.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

ZELLA MAE GREEN
v.
LITTON LOAN SERVICING, L.P.
WELLS FARGO BANK, N.A.
WELLS FARGO HOME MORTGAGE, INC.,
a subsidiary of Wells Fargo Bank, N.A.
CITIGROUP GLOBAL MARKETS REALTY CORP., et al

06-6048-MHM

CERTIFICATE OF MAILING

The Order and Notice dated 2-13-2009
was mailed to the following:

Howard Rothbloom, Esquire
Suite 200
31 Atlanta Street
Marietta, GA 30060

Kyle Kotake, Esquire
Morris, Schneider, Prior
P. O. Box 105312
Mail Stop 23
Atlanta, GA 30348

Elizabeth George, Esquire
McCalla Raymer
Suite 3200
Six Concourse Parkway
Atlanta, GA 30328

Kent Altom, Esquire
McCalla Raymer
Suite 3200
Six Concourse Parkway
Atlanta, GA 30328

DATE: Sondra Beckley
COURTROOM DEPUTY: 2-13-2009