ENTERED ON
JUL 19 2010
DOCKET

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| ZELLA MAE GREEN | ) | CASE NO. 04-60083-MHM |
| | ) | |
| Debtor | ) | |
| | ) | |
| ZELLA MAE GREET | ) | ADVERSARY PROCEEDING |
| | ) | NO. 06-6048-MHM |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| LITTON LOAN SERVICING, L.P. | ) | |
| WELLS FARGO BANK, N.A., et al | ) | |
| | ) | |
| Defendants | ) | |

ORDER AND NOTICE OF CONTINUED STATUS CONFERENCE

**NOTICE IS** HEREBY GIVEN that a status conference on complaint will be held July 27, 2010 at 11:30 a. m. by telephone.

The status conference is RESET from July 19, 2010.

This 19th day of July, 2010.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

ZELLA MAE GREEN
v.
LITTON LOAN SERVICING, L.P.
WELLS FARGO BANK, N.A. et al
CITIGROUP GLOBAL MARKETS REALTY CORP., et al

06-6048-MHM

DISTRIBUTION LIST

Howard Rothbloom, Esquire
31 Atlanta Street
Marietta, GA 30060

Elizabeth George, Esquire
Aldridge Connors LLP
Suite 600
780 Johnson Ferry Road
Atlanta, GA 30342

Kyle Kotake, Esquire
Morris Schneider
1587 Northeast Expressway
Atlanta, GA 30329